UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DANIEL L. DOUCETTE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 16-75-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | **MEMORANDUM OPINION** |
| Commissioner of Social Security, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Commissioner's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  [Record No. 5]  In support, the Commissioner has provided exhibits, which include declarations of a Social Security Administration official and portions of the plaintiff's administrative record.  If, on a 12(b)(6) motion, "matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment."  *CGH Transp., Inc. v. Quebecor World, Inc.*, 261 F. App'x 817, 822 (6th Cir. 2008); *see also* Fed. R. Civ. P. 12(d).  Accordingly, it is hereby

**ORDERED** as follows:

1.     The parties are put on **NOTICE** that the defendant's motion to dismiss under Rule 12(b)(6) [Record No. 5] will be converted to a motion for summary judgment under Rule 56.

2.     The plaintiff has until **Monday, October 17, 2016**, to make any supplemental filing in the record.

-1-

This 11th day of October, 2016.



Signed By:

*Danny C. Reeves*

United States District Judge